|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRI ZIBULL,

        Plaintiff,

   v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive,

        Defendants.
_____/

NO. CIV. 2:12-1852 WBS CMK

ORDER OF RECUSAL

----oo0oo----

        Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant Johnson & Johnson, Inc.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

```
 1  making appropriate adjustments in the assignments of civil cases
 2  to compensate for such reassignment.
 3          Any dates previously set in this case are hereby
 4  VACATED.
 5  DATED: August 23, 2012
 6
 7                          _____
                            WILLIAM B. SHUBB
 8                          UNITED STATES DISTRICT JUDGE
 9
10
...
28
```